## DECLARATION OF TREVOR KILLIAN, 812131

I, Trevor Killian, under the penalty of perjury, state the following:

1. I am a prisoner currently confined within the Michigan Department of Corrections at the Gus Harrison Correctional Facility in Adrian, Michigan.

2. Prior to being transferred to Gus Harrison, I was confined at Parnall Correctional Facility in Jackson, Michigan.

3. At Parnall, I was forced to clean the gym and the weight pit that was being used to house prisoners that were positive for COVID-19, and I was not given protective gear. I was forced to do this because of my job as a porter.

4. If I were to refuse to clean the gym because of concerns for my health, I was told that I would get a misconduct violation.

5. After being forced to clean the gym, I tested positive for COVID-19.

6. I am currently in quarantine at Gus Harrison.

7. When I first arrived at Gus Harrison, I was told not to come out of my cell because it was important to social distance myself from others. The next day, another COVID-19-positive prisoner was placed in the cell with me.

8. My personal property is still at Parnall; officers are refusing to get it to me.

I have read the above declaration and find that it is true and accurate based on my observations and/or what staff has informed me.

Exhibit 22- Decl. of Killiam

I give permission to Counsel Daniel E. Manville to sign my name to this declaration due to the restriction placed on communications by prisoners with outside sources.

Date: 4/24/20     Signature: Trevor Killian signed w/ permission

Exhibit 22- Decl. of Killiam