DECLARATION OF LU SZENAY, 214992

I, Lu Szenay, under the penalty of perjury, state the following:

1. I am currently confined within the Michigan Department of Corrections at the Women's Huron Valley Correctional Facility in Ypsilanti, Michigan.

2. I am confined in Unit Gladwin-B. My Unit has approximately 28 two-man rooms, 8 three-man rooms, 2 six-man rooms, and 2 eight-man rooms.

3. Inmates in my Unit were given masks made of the cotton/polyester cloth that our pants are made of.

4. We are given handsoap to wash our hands in one sink out of the five sinks in the Unit. This soap runs out on the weekends.

5. We are permitted to go to yard and the recreational room when it is open.

6. We are permitted to go to the chow hall and medication lines, one Unit at a time. We are not required to social distance at during yard, in the chow hall, or in the med line.

I have read the above declaration and find that it is true and accurate based on my observations and/or what staff has informed me.

I give permission to Counsel Daniel E. Manville to sign my name to this declaration due to the restriction placed on communications by prisoners with outside sources.

Date: 4/24/20     Signature: *Lu Szenay signed w/ permission*

Exhibit 24 - Decl. of Szenay