UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLIOTT ABRAMS, et al.,

    Plaintiffs,

Case No. 20-11053

v.

HON. MARK A. GOLDSMITH

WILLIS CHAPMAN, et al.,

    Defendants.

_____/

**STIPULATED ORDER
WITHDRAWING PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION (Dkt. 22)
AND MOTION TO CERTIFY CLASS (Dkt. 7), AND STAYING
PROCEEDINGS**

Having reviewed the Sixth Circuit's June 9, 2020 decision in *Wilson, et al. v. Williams, et al.*, Case No. 20-3447, the parties to the above-captioned matter, through counsel, hereby stipulate and agree to the following:

(1) Plaintiffs' pending motion for temporary restraining and/or preliminary injunction (Dkt. 22) and motion to certify class (Dkt. 7) are hereby withdrawn;

(2) This case shall be stayed pending the outcome of any appeal in the *Wilson, et al. v. Williams, et al.* case, unless the stay is earlier modified or vacated by this Court for good cause after notice to the parties and an opportunity to be heard;

(3) If the *Wilson, et al. v. Williams, et al.* case is either not appealed or it is not reversed and/or modified on appeal, Plaintiffs will dismiss this case, subject to approval by the named Plaintiffs, which Plaintiffs' counsel will seek within seven days of the date of this Order.

SO ORDERED.

Dated: June 11, 2020  
    Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

Stipulated and agreed:

Dated: 6/10/20

/s/ *Daniel Manville*  
Daniel Manville (P39731)  
Attorney for Plaintiffs  
daniel.manville@law.msu.edu

Dated: 6/10/20

/s/ *Kevin J. O'Dowd*  
Kevin J. O'Dowd (P39383)  
Attorney for MDOC Defendants  
odowdk@michigan.gov