UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELLIOTT ABRAMS, CRAIG SEEGMILLER, VINCENT GLASS, ROBERT REEVES, and LAMONT HEARD, individually, and on behalf of all others similarly situated, | No. 2:20-cv-11053 |
| | HON. MARK A. GOLDSMITH |
| Plaintiffs, | MAG. R. STEVEN WHALEN |
| v | |
| WILLIS CHAPMAN, NOAH NAGY, MELINDA BRAMAN, BRYAN MORRISON, and HEIDI WASHINGTON, | **STIPULATED ORDER DISMISSING CASE** |
| Defendants. | |

| | |
|---|---|
| Daniel Manville (P39731)<br>Attorney for Plaintiffs<br>Civil Rights Clinic,<br>MSU College of Law<br>P.O. Box 1570<br>East Lansing, MI 48823<br>(517) 432-6866<br>daniel.manville@law.msu.edu | Kevin J. O'Dowd (P39383)<br>Kristin M. Heyse (P64353)<br>Scott A. Mertens (P60069)<br>Sara E. Trudgeon (P82155)<br>Cori E. Barkman (P61470)<br>Allan J. Soros (P43702)<br>Assistants Attorney General<br>Attorneys for MDOC Defendants<br>MDOC Division<br>P. O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>odowdk@michigan.gov |

Kevin Ernst (P44223)
Attorney for Plaintiffs
Ernst Charara & Lovell, PLC
645 Griswold, Ste 4100 Detroit, MI
48226 313-965-5555
kevin@ecllawfirm.com
                                                                                    /

## STIPULATED ORDER DISMISSING CASE

The parties to the above-captioned matter, through counsel, hereby stipulate and agree that the above-captioned matter shall be dismissed, without prejudice, and without costs to either party. This hereby resolves the last pending claim and closes the case.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: October 20, 2020<br>          Detroit, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |

Stipulated and agreed:

| | |
|---|---|
| Dated: October 20, 2020 | *s/ Daniel Manville*<br>Daniel Manville (P39731)<br>Attorney for Plaintiffs<br>daniel.manville@law.msu.edu |
| Dated: October 20, 2020 | *s/ Kevin J. O'Dowd*<br>Kevin J. O'Dowd (P39383)<br>Attorney for MDOC Defendants<br>odowdk@michigan.gov |

2